UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lynn Renee Coggins, #434234,

    Petitioner,

Case No. 13-11753

Honorable Nancy G. Edmunds

v.

Millicent Warren,

    Respondent.

                                           /

**ORDER AND OPINION ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DENYING PETITIONER'S APPLICATION FOR WRIT OF HABEAS CORPUS; ORDER DENYING CERTIFICATE OF APPEALABILITY [9]**

This matter came before the Court on the magistrate judge's March 31, 2014 report and recommendation on Petitioner Lynn Renee Coggins's application for writ of habeas corpus. The magistrate judge recommended denying Petitioner's application and denying Petitioner a certificate of appealability.

Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above and in the magistrate judge's report and recommendation, the Court

DENIES Petitioner's application for the writ of habeas corpus and DENIES Petitioner a certificate of appealability.

So ordered.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated:  April 24, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 24, 2014, by electronic and/or ordinary mail.

                                            s/Johnetta M. Curry-Williams
                                            Case Manager
                                            Acting in the Absence of Carol Bethel